DENNIS WAKS, Bar #142581
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant    **OK/HAV**
THOMAS ANTHONY HYATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-216-DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| THOMAS ANTHONY HYATT, ) | Date:  February 23, 2006 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Honorable David F. Levi |
| _____ ) | |

**IT IS HEREBY STIPULATED** and agreed to between the Defendant, Thomas Anthony Hyatt, by and through his undersigned counsel, Assistant Federal Defender Caro Marks, and the United States of America, by and through its undersigned counsel, Carolyn Delaney, Assistant United States Attorney, that the previously scheduled Status Conference of January 26, 2006 be vacated and the matter set for Status Conference on February 23, 2006, at 10:00 a.m..

Defense Counsel requests this continuance to allow her to review the pre-plea PSR and to go over it with the client.

Time under the Speedy Trial Act should be excluded for ongoing preparation of counsel. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded as of the date of the signing of

this order through and including February 23, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of counsel, Local Code T4.

Dated:  January 25, 2006            Respectfully submitted,

DENNIS WAKS
Acting Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
THOMAS ANTHONY HYATT

Dated:  January 26, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Carolyn Delaney
_____
CAROLYN DELANEY
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that time under the Speedy Trial Act should be excluded from the date of the signing of this order through and including February 23, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of counsel, and Local Code T4.

**IT IS SO ORDERED.**

Dated: January__31, 2006

_____
DAVID F. LEVI
United States District Judge