```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS ANTHONY HYATT                              OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-05-216-DFL |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| THOMAS ANTHONY HYATT, | Date: April 6, 2006 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Honorable David F. Levi |

**IT IS HEREBY STIPULATED** and agreed to between the Defendant, Thomas Anthony Hyatt, by and through his undersigned counsel, Assistant Federal Defender Caro Marks, and the United States of America, by and through its undersigned counsel, Carolyn Delaney, Assistant United States Attorney, that the previously scheduled Status Conference of March 9, 2006 be vacated and the matter set for Status Conference on April 6, 2006, at 10:00 a.m..

Defense Counsel requests this continuance to allow her to review the pre-plea PSR and to go over it with the defendant, and to continue discussions with opposing counsel and federal probation (including providing pertinent cases) about the applicability of a particular guideline adjustment that has a significant effect on the defendants's

possible sentence.

Time under the Speedy Trial Act should be excluded for ongoing preparation of counsel. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded as of the date of the signing of this order through and including April 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of counsel, Local Code T4.

Dated: March 9, 2006             Respectfully submitted,

                                 DANIEL BRODERICK
                                 Acting Federal Defender

                                 /s/ Caro Marks
                                 _____
                                 CARO MARKS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 THOMAS ANTHONY HYATT

Dated: March 9, 2006

                                 MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Carolyn Delaney
                                 _____
                                 CAROLYN DELANEY
                                 Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that time under the Speedy Trial Act should be excluded from the date of the signing of this order through and including March 6, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of counsel, and Local Code T4.

**IT IS SO ORDERED.**

Dated: March__10, 2006

                                 _____
                                 DAVID F. LEVI
                                 United States District Judge