DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant **OK/HAV**
THOMAS ANTHONY HYATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-216-DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| THOMAS ANTHONY HYATT, | ) | Date: May 11, 2006 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Honorable David F. Levi |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED and agreed to between the Defendant, Thomas Anthony Hyatt, by and through his undersigned counsel, Assistant Federal Defender Caro Marks, and the United States of America, by and through its undersigned counsel, Carolyn Delaney, Assistant United States Attorney, that the previously scheduled Status Conference of April 6, 2006 be vacated and the matter set for Status Conference/Change of Plea on May 11, 2006, at 10:00 a.m..

Defense Counsel requests this continuance to allow the defense time to complete the research it is conducting regarding a particular guidelines cross-reference that might apply to defendant's case, to review the plea agreement it just received from government counsel, to go over the plea agreement with the defendant, and to propose any changes

that might be necessary.

Time under the Speedy Trial Act should be excluded for ongoing preparation of counsel. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded as of the date of the signing of this order through and including May 11, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of counsel, Local Code T4.

Dated: April 3, 2006                     Respectfully submitted,

                                         DANIEL BRODERICK
                                         Acting Federal Defender

                                         /s/ Caro Marks
                                         _____
                                         CARO MARKS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         THOMAS ANTHONY HYATT

Dated: April 3, 2006

                                         MCGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Carolyn Delaney
                                         _____
                                         CAROLYN DELANEY
                                         Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that time under the Speedy Trial Act should be excluded from the date of the signing of this order through and including May 11, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of counsel, and Local Code T4.

**IT IS SO ORDERED.**

Dated: April 6, 2006                     /s/ David F. Levi
                                         DAVID F. LEVI
                                         Chief U.S. District Court Judge