IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                  No. CR S-05-216 JAM KJM P

    vs.

THOMAS HYATT,

      Movant.                    <u>ORDER</u>

_____/

      Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order.  <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

      Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

      Movant has filed a motion to proceed without prepayment of fees.  Fees are not collected for filing motions to vacate a sentence under 28 U.S.C. § 2255.  <u>See</u>  Rules Governing

§ 2255 Proceedings, Rule 3, Advisory Committee Notes, 1976 Adoption ("There is no filing fee required of a movant under these rules").

IT IS HEREBY ORDERED that:

1.  Movant's motion to proceed without prepayment of fees (docket no. 45) is denied; and

2.  The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED:  November 19, 2010.

_____
U.S. MAGISTRATE JUDGE

2
hyat0216.206